UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| DOMINIC ALVORD <br> AND MICHELLE ALVORD <br><br> PLAINTIFFS, <br><br> V. <br><br> KENNETH WILKE, JAVIER SANCHEZ, <br> CLIFF HIRL, FREDERICKSBURG POLICE <br> DEPARTMENT, KERRVILLE POLICE <br> DEPARTMENT, CITY OF FREDERICKSBURG, <br> CITY OF KERRVILLE, 6 OR 7 JOHN DOES, <br><br> DEFENDANTS. | CASE NO. 3:17-CV-615-J-32MCR |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE TIMOTHY J. CORRIGAN:

**NOW COME** OFFICER KENNETH WILKE (FORMER OFFICER OF THE CITY OF KERRVILLE), OFFICER JAVIER SANCHEZ (FREDERICKSBURG POLICE DEPARTMENT), OFFICER CLIFF HIRL (FREDERICKSBURG POLICE DEPARTMENT), FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE, Defendants in the above entitled and numbered cause and files this its Original Answer to Plaintiffs' Original Complaint heretofore filed and in support thereof would respectfully show unto the Court the following:

### I.
### FIRST DEFENSE

Plaintiffs' Original Complaint fails to state a cause action against these Defendants Officers and Municipalities of the State of Texas upon which relief may be granted.

## II.
## SECOND DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** admit that this action purports to arise from alleged violations of Plaintiffs' Constitutional rights pursuant to 18 U.S.C. §1331 and 18 U.S.C. §1964(c), (the "RICO" statute), as alleged in Plaintiffs' Original Complaint; however, Defendants deny that any cause of action exists there under.

Defendants can neither admit nor deny that the Plaintiffs reside in Florida. Plaintiffs were residing in the State of Texas at such time as the events occurred made the basis of their Complaint. Defendants will be filing a Motion to Transfer Venue to the Western District of Texas, San Antonio Division where all the nucleus of operative facts transpired concerning Plaintiffs' Complaint and where all the Defendants reside.

## III.
## THIRD DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny "Facts," Paragraphs 14 – 16 of Plaintiffs' Original Complaint. Defendants would show unto the Court that Plaintiff Dominic Alvord's arrest was based on probable cause and the search of the Alvord residence was made pursuant to a lawfully obtained search warrant based on probable cause which was signed by State District Judge Keith Williams. Said events transpiring on September 16, 2016.

Defendant Officer Kenneth Wilke (now Constable in Kerr County) would show unto the Court that he is misnamed in this lawsuit and had no involvement in the investigation and/or arrest of the Plaintiffs herein. In any event, Officer Wilke, who was an officer with the City of Kerrville Police Department, and is currently the Constable in Kerr County which is a law enforcement

officer position, affirmatively asserts his defense of qualified immunity from all of Plaintiffs' allegations.

Defendant Officer Sanchez and Officer Hirl would show unto the Court that at all times made the basis of Plaintiffs' Complaint that they were acting in their capacity as City of Fredericksburg Police Officers in carrying out their discretionary duties and acted at all times in good faith and therefore, they are entitled to the protective shroud of qualified immunity, as a matter of law.

## IV.
## FOURTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny Paragraphs 17, 18, 19, 20, 21, 22, 23, and 24 of Plaintiffs' Original Complaint. Defendants deny the vituperative allegations that law enforcement officers from the City of Fredericksburg and the City of Kerrville were members of a criminal enterprise as alleged in Plaintiffs' Complaint. Defendants admit that a search warrant for the residence of the Alvord's was obtained and signed by State District Judge Keith Williams. Said search warrant was executed and contraband removed. Defendants would show unto the Court, that in Texas, Cannabinoid (CBD) or tetrahydrocannabinol (THC) oils are illegal. Defendants assert unto the Court that the arrest of Dominic Alvord was lawful under the Fourth Amendment and based on probable cause. Defendants further assert that the search warrant of September 16, 2016 for the Alvord residence was based on a lawfully executed search warrant signed by State District Judge Keith Williams which was based on probable cause. Plaintiffs have failed to state a RICO cause of action under 18 U.S.C. §1961 or 18 U.S.C. §1962, *et. seq.*, as a matter of law.

## V.
## FIFTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** Defendants **SAN SABA COUNTY** and **SHERIFF BROWN** deny Paragraphs 25, 26, 27, 28, 29 and 30.  Defendants can neither admit nor deny when the Plaintiffs fled to Florida as alleged in their Complaint.  The phone number attached to Plaintiffs' Original Complaint is an Area Code in the Fredericksburg, Texas area.

## VI.
## SIXTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny Paragraphs 31, 32 (with the exception as to "from the affidavit for search warrant by Defendant Hirl which are admitted herein).  Defendants deny Paragraph 33 since said CBD Oils possessed by the Plaintiffs were in fact, illegal in the State of Texas.  Defendants deny Paragraphs 34 with the exception that State District Judge Keith William did sign the search warrant based on probable cause.  Defendants deny Paragraph 35 that the search warrant was falsely asserted as alleged in Plaintiffs' Original Complaint.  Defendants deny Paragraphs 36, 37 and 38 of Plaintiffs' Original Complaint.  Defendants assert that at all times made the basis of Plaintiffs' Complaint that they were acting in their discretionary capacity as officers of the City of Fredericksburg Police Department and Officer of the Kerrville Police Department, respectively, and are entitled to the protective shroud of qualified immunity.

## VII.
## SEVENTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny Paragraphs 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 and 50 of Plaintiffs' Original Complaint.  Plaintiffs' allegation against the City of Fredericksburg, City of Kerrville and its police officers alleging that they conducted a criminal enterprise are scurrilous on their face.

## VIII.
## EIGHTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny "THE PREDICATE ACTS", Paragraphs 51, 52, 53, 54 and 55 of Plaintiffs' Original Complaint.  Defendants would show unto the Court that all of the actions of the City of Fredericksburg police officers and City of Kerrville police officers were conducted pursuant to the Fourth Amendment and based on probable cause.  Defendants have not violated Plaintiffs' Constitutional rights, as a matter of law.

## IX.
## NINTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny "COUNT ONE: (RICO)" Paragraphs 56, 57, 58, and 59 of Plaintiffs' Original Complaint.  Defendants deny Plaintiffs' allegations of conspiracy under 18 U.S.C. §1962(c), 18 U.S.C. §1962(d) and 18 U.S.C. §1961(1).  Defendants deny Plaintiffs' allegations of pattern of racketeering activity and criminal enterprise, as a matter of law.

## X.
## TENTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny Paragraph 60 wherein Plaintiffs demand Judgment under 18 U.S.C. §1962(d) and 18 U.S.C. §1964(c).

## XI.
## ELEVENTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny "COUNT TWO: ATTEMPTED KIDNAPPING" Paragraphs 61, 62, 63, 64, 65 and 66 of Plaintiffs' Original Complaint. Defendants deny the vitriolic allegations of attempted kidnapping and assert that Plaintiffs have failed to allege a RICO cause of action under 18 U.S.C. §1962(d), as a matter of law.

## XII.
## TWELFTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny Paragraphs 67 and 68 of Plaintiffs' Original Complaint concerning demand for judgment. Defendants would show unto the Court that Plaintiffs' are not entitled to any relief requested, as a matter of law.

## XIII.
## THIRTEENTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF

**KERRVILLE** deny "COUNT THREE: CRUELTY TO ANIMALS" Paragraphs 69, 70 and 71 of Plaintiffs' Original Complaint. Defendants deny Paragraph 72 demand for judgment on Count III.

Defendants further assert sovereign immunity and official immunity for all of Plaintiffs' claims under the **TEXAS TORT CLAIMS ACT**, Chapter 101, §101.021 *et. seq.*, as a matter of law.

## XIV.
## FOURTEENTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny the "RACKETEERING CONSPIRACY" Paragraphs 73, and 74 of Plaintiffs' Original Complaint. Plaintiffs' Complaint fails to state a RICO cause of action against the law enforcement Officers of the City of Fredericksburg and the City of Kerrville, as a matter of law.

## XV.
## FIFTEENTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** deny "REQUEST FOR RELIEF AND PRAYER" in Plaintiffs' Original Complaint. Defendants would show unto the Court that the Plaintiffs are not entitled to any of the relief requested, as a matter of law.

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** assert that Plaintiffs' claims based on conspiracy are barred under the Intracorporate Conspiracy Doctrine, as a matter of law. *Thompson v. City of Galveston*, 979 F.Supp.504, 511 (S.D. Tex. 1997).

## XVI.
## SIXTEENTH DEFENSE

Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** herein deny any allegations in Plaintiffs' Original Complaint not specifically admitted herein and demands strict proof thereof as required by law.

Defendants herein demand a jury trial.

**WHEREFORE, PREMISES CONSIDERED**, Defendants **OFFICER WILKE, OFFICER SANCHEZ, OFFICER HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE** pray that Plaintiffs lawsuit be dismissed against them, or in the alternative, that the Plaintiffs take nothing by their lawsuit against them, that Defendants have Judgment herein, that the Defendants be awarded their costs expended, including reasonable attorney's fees and for such other and further relief, both general and special, and at law and in equity, to which they may show themselves justly entitled.

Respectfully submitted,

**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email:  csfrigeriolaw@sbcglobal.net
           frigeriolaw1995@sbcglobal.net

BY: //s//Charles S. Frigerio
       CHARLES S. FRIGERIO
       Texas Bar No.:  07477500
       **LEAD COUNSEL**

Mr. Joseph R. Flood

        **DEAN, RINGERS, MORGAN & LAWTON, P.A.**
201 East Pine Street, Suite 1200
Orlando, Florida 32801
Email: JFlood@drml-law.com
LOCAL COUNSEL

ATTORNEYS FOR DEFENDANTS
**KENNETH WILKE, JAVIER SANCHEZ, CLIFF HIRL, FREDERICKSBURG POLICE DEPARTMENT, KERRVILLE POLICE DEPARTMENT, CITY OF FREDERICKSBURG, CITY OF KERRVILLE, 6 OR 7 JOHN DOES,**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of June, 2017, I filed the foregoing Defendants' Original Answer with the Clerk of the Court via the CM/ECF Filing System which will send electronic delivery to counsel of record and via U.S. Mail to the Non-ECF Participant:

Mr. Dominic Alvord
Ms. Michelle Alvord
Plaintiffs Pro Se
1290 Tangerine Drive
St. Johns, FL 32259        Via U.S. Mail & CMRRR

        //s// Charles S. Frigerio
        CHARLES S. FRIGERIO

*Dominic Alvord, et al v. Kenneth Wilke, et al*    Civil Action No. 3:17-CV-615-J-32MCR
Defendants' Original Answer    Page 9